No. 74–235. SEIDENFADEN ET AL. *v.* CITY OF LOUISVILLE ET AL. Appeal from Ct. App. Ky. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would postpone further consideration of question of jurisdiction to hear-

ing of case on the merits.